

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2022

No. 04-22-00416-CV

**IN THE INTEREST OF B.R.T, A.C.K, AND C.A.M.,** Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02100
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's brief was due by August 16, 2022. Neither the brief nor a motion for extension of time has been filed. This is an accelerated appeal of an order terminating appellant's parental rights, and this court must dispose of it within 180 days of the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6.2. Accordingly, we **order** appellant to file her brief **by September 14, 2022.** Appellant is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. If the brief is not filed by the date ordered, we may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal.

It is so **ORDERED** on August 25, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT